UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOUGLAS ELLIMAN LLC,

                      Plaintiff,

-against-

FIREFLY ENTERTAINMENT INC., 13
MANAGEMENT LLC, and EURO TRIBECA LLC,

                      Defendants.

**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**

Case No. 18-cv-1381

---

      This Corporate Disclosure Statement is filed by Defendants Firefly Entertainment Inc., 13 Management LLC, and Euro Tribeca LLC.

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendants, by and through their undersigned counsel, state that:

      1.    Defendant Firefly Entertainment Inc. has no parent corporation, is not publicly traded, and no publicly held company owns 10% or more of its stock.

      2.    Defendant 13 Management LLC has no parent corporation, is not publicly traded, and no publicly held company owns 10% or more of its stock.

      3.    Defendant Euro Tribeca LLC has no parent corporation, is not publicly traded, and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       February 15, 2018

Respectfully Submitted,

By: /s/ J. Douglas Baldridge

J. Douglas Baldridge
JBaldridge@venable.com
Tel: 202-344-4703
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001

John C. Vazquez
JVazquez@venable.com
Tel: 212-370-6293
VENABLE LLP
1270 Avenue of the Americas, 24th Floor
New York, NY 10020

*Attorneys for Defendants Firefly Entertainment Inc., 13 Management LLC, and Euro Tribeca LLC*