UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUGLAS ELLIMAN LLC,<br><br>                Plaintiff,<br><br>      v.<br><br>FIREFLY ENTERTAINMENT INC., 13 MANAGEMENT LLC, and EURO TRIBECA LLC<br><br>                Defendants. | Case No.   18-cv-1381<br><br>NOTICE OF APPEARANCE |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that John C. Vazquez, of Venable LLP, 1270 Avenue of the Americas, 24th Floor, New York, New York 10020, respectfully enters his appearance as counsel for Defendants Firefly Entertainment Inc., 13 Management LLC, and Euro Tribeca LLC in the above-captioned matter.

Dated: New York, New York
       February 15, 2017

                                            Respectfully submitted,

                                            By: /s/  John C. Vazquez

                                                John C. Vazquez
                                                Venable LLP
                                                Rockefeller Center
                                                1270 Avenue of the Americas
                                                Twenty-Fourth Floor
                                                New York, New York 10020
                                                Telephone:  212.370.6293
                                                Fax:  212.307.5598
                                                E-Mail: jcvazquez@venable.com

                                   *Attorneys for Defendants Firefly Entertainment Inc.,*
                                   *13 Management LLC, and Euro Tribeca LLC*