

February 20, 2018

<u>By ECF</u>

J. Douglas Baldridge
**T** 202-344-4703
**F** 202.344.8300
jbaldridge@venable.com

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Center Street, Room 2002
New York, NY 10007

      Re:    *Douglas Elliman LLC v. Firefly Ent. Inc,* Case No. 1:18-cv-01381-JMF

Dear Judge Furman:

      I write as counsel for Defendants Firefly Entertainment Inc., 13 Management LLC, and Euro Tribeca LLC (the "Defendants") in the above-captioned action.

      Defendants respectfully request that their time to respond to the Complaint be extended to Tuesday, March 6, 2018. All parties have consented to this request, and no prior requests for extension have been made. The present date for Defendants' response to the Complaint is February 22, 2018.

      Respectfully Submitted,

      <u>/s/ J. Douglas Baldridge</u>

      J. Douglas Baldridge
      VENABLE LLP
      600 Massachusetts Avenue, NW
      Washington, DC 20001
      Tel: (202) 344-4703
      jbaldridge@venable.com

      *Attorneys for Defendants Firefly Entertainment Inc., 13 Management LLC, and Euro Tribeca LLC*

cc:    All counsel of record (by ECF)