UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOUGLAS ELLIMAN LLC,

                Plaintiff,

-against-

FIREFLY ENTERTAINMENT INC.,
13 MANAGEMENT LLC and EURO
TRIBECA LLC,

                Defendants.

**NOTICE OF APPEAL**

Case No. 18-cv-1381 (JMF)

---

      Notice is hereby given that plaintiff Douglas Elliman LLC in the above-named case appeals to the United States Court of Appeals for the Second Circuit from the Judgment and Memorandum and Order dated and entered January 24, 2019 which granted the defendants' motion to dismiss the complaint. Plaintiff Douglas Elliman LLC appeals from each and every part of the judgment and memorandum and order dated January 24, 2019.

Dated: New York, New York
         January 30, 2019

                                    Respectfully submitted,

                                    COLE HANSEN CHESTER LLP
                                    Attorneys for Plaintiff
                                    By: Michael S. Cole, Esq.
                                    767 Third Avenue – 24th Floor
                                    New York  New York  10017
                                    Tel: (212) 599-1535
                                    mscole@chcllp.com